1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 98CR1134-BTM |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF SUPERSEDING INDICTMENT AND RECALL ARREST WARRANT |
| v. | |
| JOSE MOLINA-MORILLON, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: August 16, 2016

Barry Ted Moskowitz, Chief Judge
United States District Court